

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

The Estate of Raffaele Martini Pandozy, Deceased

No. 06-20-00104-CV

Appeal from the Probate Court of Dallas County, Texas (Tr. Ct. No. PR-18-03717-1). Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's vexatious litigant order.

We note that the appellant has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 3, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk